# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 4, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132464 & (40)

E. RICHARD RANDOLPH and BETTY J.
RANDOLPH,
          Plaintiffs-Appellees,

v

                                        SC: 132464
                                        COA: 259943

CLARENCE E. REISIG, MONICA REISIG,
WILLIAM HINKLEY, and DEBRA HINKLEY,
          Defendants-Appellants.

                                        Newaygo CC: 01-018281-CH

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 3, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 4, 2007

_____
Clerk

d1218